UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '21 MJ1016 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: Title 8, USC 1326 Deported Alien Found In the United States |
| Manuel LOZANO-Solorio, | |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

On or about March 13, 2021, within the Southern District of California, defendant, Manuel LOZANO-Solorio an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

*And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.*

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MARCH 15, 2021.

HON. LINDA LOPEZ
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Manuel LOZANO-Solorio

**PROBABLE CAUSE STATEMENT**

I declare under the penalty of perjury that the following statement is true and correct:

On March 13, 2021, Border Patrol Agent B. Mauler was conducting assigned duties in the Campo, California Border Patrol Station's area of responsibility. At approximately 8:20 A.M., Border Patrol Agent H. Buchanan, who was operating the Mobile Surveillance Capability scope, relayed to agents that she spotted two individuals walking through the brush in an area known to Border Patrol agents as "The Timbers" near Boulevard, California. At approximately 8:30 A.M., Agent Mauler responded to the area that Agent Buchanan had last seen the individuals, and encountered one individual in an open field. After searching the area for a few minutes, Agent Mauler discovered the second individual attempting to hide beneath a large bush. This area is located approximately 20 miles east of the Tecate, California Port of Entry, and approximately 2.5 miles north of the United States/Mexico International Boundary. Agent Mauler identified himself as a United States Border Patrol Agent and conducted an immigration inspection on the two individuals. Both individuals, including one later identified as defendant, Manuel LOZANO-Solorio, stated that they are citizens of Mexico without immigration documents allowing them to enter or remain in the United States legally. At approximately 8:34 A.M., Agent Mauler placed both individuals, including LOZANO, under arrest.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on March 13, 2021, with an intended destination of San Jose, California.

**CONTINUATION OF COMPLAINT:**
Manuel LOZANO-Solorio

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on January 12, 2012 through San Ysidro, CA. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on March 14, 2021 at 9:00 A.M.**

Matthew R. Kucewicz
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on March 13, 2021, in violation of 8 USC 1326.

HON. LINDA LOPEZ
United States Magistrate Judge

11:11 AM, Mar 14, 2021
Date/Time